**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

**IN THE MATTER OF:**

**JEROME REED** **CH. 7 CASE NO. 11-28333 RAG**

**DEBTOR**

---

**MARYLAND DEPARTMENT OF**
**LABOR, LICENSING & REGULATION,**

**Plaintiff,**

**versus** **ADV. PROC. NO. 11-00967 RAG**

**JEROME REED**

**Defendant,**

---

**CONSENT AGREEMENT**

The Maryland Department of Labor, Licensing and Regulation ("DLLR"), Plaintiff, by its undersigned counsel, Roop Vijayan, and Jerome Reed, Defendant, have agreed as follows:

1. This is an adversary proceeding to determine the dischargeability of a debt owed by Defendant.

2. The settlement amount of four thousand eight hundred and eighty one dollars ($4,881.00), plus federal judgment rate of interest, is deemed non-dischargeable under Section 523 of the United States Code.

3. Plaintiff has been informed that Defendant's temporary employment has been terminated.

4. Defendant agrees to inform Plaintiff when he has found employment or any form

of income.

**WHEREFORE,** Maryland Department of Labor, Licensing and Regulation ("DLLR"), Plaintiff and Jerome Reed, Defendant respectfully request this Honorable court to determine the Plaintiff's claim of four thousand eight hundred and eighty one dollars ($4,881.00), nondischargeable and grant such other and further relief as this Court deems necessary or appropriate.

Dated: 1/20/2012

*/s/ Jerome Reed*
Jerome Reed
P.O. Box 303
Perry Point, MD 21902
*Defendant/Debtor*

*/s/ Roopesh Vijayan*
Roopesh Vijayan Bar #28473
Maryland Department of Labor, Licensing and Regulation
Litigation and Prosecution Unit
1100 N. Eutaw Street
Room 401
Baltimore, Maryland 21201
Ph. (410) 767-2800
Fx. (410) 333-5059
rvijayan@dllr.state.md.us
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this consent order has been send to the Chapter 7 Trustee and the U.S. Trustee electronically or/and by first class mail, postage prepaid on January 20, 2012.

/s/ Roop Vijayan
Roop Vijayan